UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANNER HEALTH, )<br>)<br>)<br>)<br>Plaintiff )<br>vs. )<br>)<br>MICHAEL O. LEAVITT, Secretary )<br>U.S. Department of Health & Human Services, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No._____ |

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for plaintiff, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of any plaintiffs which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Stephanie A. Webster* (signature)
Stephanie A. Webster
DC Bar No. 479524
VINSON & ELKINS L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004-1008
(202) 639-6500 (phone)
(202) 639-6604 (fax)

Date: September 11, 2007

DC 705412v.1