AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BANNER HEALTH
1441 North 12th Street
Phoenix, AZ 85006,

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL O. LEAVITT, Secretary,
U.S. Department of Health & Human Services
200 Independence Avenue, S.W.
Washington, DC 20201

Case: 1:07-cv-01614
CA  Assigned To : Walton, Reggie B.
Assign. Date : 9/12/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Michael O. Leavitt, Secretary,
U.S. Department of Health & Human Services
200 Independence Avenue, S.W.
Washington, DC 20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephanie A. Webster
Vinson & Elkins, LLP
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, DC 20004-1008

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                SEP 12 2007
CLERK                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE September 17, 2007 |
| NAME OF SERVER (PRINT) Stephanie A. Webster | TITLE Counsel |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    G  Other (specify): Served by U.S. Mail (see attached)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 25, 2007    *[signature]*
                Date                      *Signature of Server*

Vinson & Elkins LLP
1455 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20004-1008

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name)  C. Date of Delivery<br>Dora Rios  9-17-07 |
| 1. Article Addressed to:<br><br>Michael O. Leavitt, Sec.<br>US Dept of Health & Human Svcs<br>200 Independence Ave., SW<br>Washington, DC  20201 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 3450 0002 9388 5181 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540