UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANNER HEALTH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. Action No. 07-1614 (RBW) |
| MICHAEL O. LEAVITT,<br>Secretary, United States Department of<br>Health and Human Services, | ) ) ) ) ) |
| Defendant. | ) |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Charlotte A. Abel as counsel for the defendant in the above-captioned case.

Respectfully submitted,

/s/
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332