UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

BANNER HEALTH                              )
                                          )
                                          )
            Plaintiff,                    )
                                          )
v.                                        )          Case No. 1:07-CV-01614 (RBW)
                                          )
MICHAEL O. LEAVITT, Secretary,            )
U.S. Department of Health                 )
and Human Services,                       )
                                          )
            Defendant.                    )
_____   )

PRAECIPE

Defendant requests that the Clerk of the Court enter the appearance of the undersigned,

Linda L. Keyser, as a counsel of record for Defendant in the above-captioned case.  Ms. Keyser is

a member of the bar in good standing in the state of Maryland.  Ms. Keyser's contact information

is as follows.

            Linda L. Keyser
            Attorney
            U.S. Department of Health and Human Services
            Office of the General Counsel, CMS Division
            330 Independence Ave., Room 5327D
            Washington, D.C.  20201
            (202) 205-8779 / Fax: (202) 401-1405
            Email:  linda.keyser@hhs.gov

Respectfully submitted,


_____/s/_____
LINDA L. KEYSER
Attorney
U.S. Department of Health and
  Human Services
Office of the General Counsel
Room 5327D, Cohen Bldg.
330 Independence Ave, SW
Washington, DC  20201
(202) 205-8779
Facsimile: (202) 401-1405

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on November 7, 2007, an electronic copy of

the foregoing Praecipe will be served on Plaintiff's counsel via the United States District Court's

Electronic Case Filing system.

Respectfully submitted,

_____/s/_____
LINDA KEYSER

Counsel for Defendant