UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANNER HEALTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:07-cv-1614-RBW |
| ) | |
| MICHAEL O. LEAVITT ) | |
| in his official capacity as Secretary, Department ) | |
| of Health and Human Services, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Defendant's prior counsel, Charlotte A. Abel, Assistant United States Attorney, U.S. Attorney's Office, is withdrawing from this matter, and will be replaced by JAMES D. TODD, JR., Senior Counsel, U.S. Department of Justice, Civil Division. Accordingly, please direct all information concerning this case to the above-referenced address

Dated: November 14, 2007

Respectfully submitted,

/s/ James D. Todd, Jr.
JAMES D. TODD, JR.
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC 20530
(202) 514-3378
(202) 616-8470 (fax)
*james.todd@usdoj.gov*
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2007, a copy of the foregoing document was filed electronically via the Court's ECF system, through which a notice of the filing will be sent to:

STEPHANIE A. WEBSTER, Esq.
Vinson & Elkins, L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, DC 20004
(202) 639-6634
(202) 879-8832 fax
*swebster@velaw.com*
Attorney for Plaintiff

/s/ James D. Todd, Jr.
JAMES D. TODD, JR.