UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BANNER HEALTH,                           )
                                         )
    Plaintiff,                           )
                                         )
    v.                                   )   No. 1:07-cv-1614-RBW
                                         )
MICHAEL O. LEAVITT                       )
  in his official capacity as Secretary, Department )
  of Health and Human Services,          )
                                         )
    Defendant.                            )

### DECLARATION OF JAMES D. TODD, JR. IN SUPPORT OF DEFENDANT'S CONSENT MOTION TO EXTEND TIME TO ANSWER AND TO SET A BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS

I, James D. Todd, Jr., declare the following:

1. On November 13, 2007, I was assigned to this administrative record case.

2. I understand that this case was mistakenly assigned to the United States Attorney's Office.

3. I immediately contacted plaintiff's counsel. I asked plaintiff's counsel for plaintiff's consent to extend the time for defendant to file its Answer, so that defendant would have sufficient time to compile the administrative record in this case and to prepare its Answer.

4. I also asked plaintiff's counsel about a briefing schedule. Plaintiff's counsel agreed to the briefing schedule set for in defendant's Consent Motion to Extend Time to File its Answer and to Set a Briefing Schedule for Dispositive Motions.

I declare the foregoing is true and correct under penalty of perjury.

Dated: November 14, 2007

JAMES D. TODD, JR.

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2007, a copy of the foregoing document was filed electronically via the Court's ECF system, through which a notice of the filing will be sent to:

STEPHANIE A. WEBSTER, Esq.
Vinson & Elkins, L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, DC 20004
(202) 639-6634
(202) 879-8832 fax
*swebster@velaw.com*
Attorney for Plaintiff

/s/ James D. Todd, Jr.
JAMES D. TODD, JR.