UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANNER HEALTH, )<br>)<br>    Plaintiff, )<br>)<br>        v. )<br>)<br>MICHAEL O. LEAVITT )<br> in his official capacity as Secretary, Department )<br> of Health and Human Services, )<br>)<br>    Defendant. ) | No. 1:07-cv-1614-RBW |

**CORRECTED CONSENT MOTION TO EXTEND TIME TO ANSWER AND
TO SET A BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS**

Pursuant to this Court's Standing Order and Local Rule 7, for good cause shown, defendant and plaintiff file this Consent Motion to Extend Time to Answer and To Set a Briefing Schedule for Dispositive Motions. In support of this Consent Motion, defendant states the following:

Plaintiff filed its Complaint on September 12, 2007, and served a Summons and Complaint on defendant on September 17, 2007. Pursuant to Fed. R. Civ. P. 12(a)(3)(A), defendant's Answer is due November 16, 2007.

On November 13, 2007, undersigned defendant's counsel was assigned to this administrative record case and immediately contacted plaintiff's counsel. Undersigned counsel for defendant understands that this case was mistakenly assigned to the United States Attorney's Office. Undersigned counsel for defendant is filing a Notice of Substitution of Counsel on November 14, 2007. In order to give defendant sufficient time to compile the Administrative Record, plaintiff consents to an extension of time for defendant to file its Answer, and the parties propose the following briefing schedule:

1. Defendant will file its Answer and the Administrative Record no later than December 19, 2007.

2. Plaintiff will file its Motion for Summary Judgment no later than January 18, 2008.

3. Defendant will file a Combined Opposition to plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgement no later than February 15, 2008.

4. Plaintiff will file a Combined Reply in Support of its Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment no later than March 18, 2008.

5. Defendant will file a Reply in Support of its Motion for Summary Judgment no later than April 15, 2008.

Pursuant to Local Rule 7(m), undersigned counsel for defendant hereby certifies that he contacted plaintiff's counsel about this motion and that plaintiff's counsel consents to this motion. A proposed order is attached.

## CONCLUSION

For good cause shown, this Court should grant defendant's Consent Motion to Extend Time to Answer and To Set a Briefing Schedule for Dispositive Motions.

Dated: November 14, 2007

Respectfully submitted,

/s/ Stephanie A. Webster
STEPHANIE A. WEBSTER
Vinson & Elkins, L.L.P.
1455 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 639-6634
(202) 879-8832 fax
*swebster@welaw.com*
Attorney for Plaintiff

/s/ James D. Todd, Jr.
JAMES D. TODD, JR.
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC 20530
(202) 514-3378
(202) 616-8470 (fax)
*james.todd@usdoj.gov*
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 14, 2007, a copy of the foregoing pleading, together with proposed order, was filed electronically via the Court's ECF system, through which a notice of the filing will be sent to:

> STEPHANIE A. WEBSTER, Esq.
> Vinson & Elkins, L.L.P.
> 1455 Pennsylvania Avenue, N.W.
> Washington, DC 20004
> (202) 639-6634
> (202) 879-8832 fax
> *swebster@welaw.com*
> Attorney for Plaintiff

                          /s/ James D. Todd, Jr.
                          JAMES D. TODD, JR.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANNER HEALTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:07-cv-1614-RBW |
| ) | |
| MICHAEL O. LEAVITT ) | |
| in his official capacity as Secretary, Department ) | |
| of Health and Human Services, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO
ANSWER AND TO SET A BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS**

Upon consideration of the defendant's Consent Motion to Extend Time to Answer and to Set a Briefing Schedule for Dispositive Motions, for good cause shown: it is hereby ORDERED that defendant's Consent Motion is GRANTED; and it is further ORDERED that:

1. Defendant will file its Answer and the Administrative Record no later than December 19, 2007.

2. Plaintiff will file its Motion for Summary Judgment no later than January 18, 2008.

3. Defendant will file a Combined Opposition to plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgement no later than February 15, 2008.

4. Plaintiff will file a Combined Reply in Support of its Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment no later than March 18, 2008.

5. Defendant will file a Reply in Support of its Motion for Summary Judgment no later than April 15, 2008.

Dated: _____

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Court Judge