UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BANNER HEALTH,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL O. LEAVITT,<br>SECRETARY, DEPARTMENT<br>OF HEALTH AND HUMAN SERVICES<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-1614 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SCHEDULING ORDER

The parties filed a consent motion on November 14, 2007, for setting a briefing schedule.

Based upon the parties' filing it is on this 10th day of December 12, 2007, hereby **ORDERED** that

1. The defendant shall file its Answer and the Administrative Record by December 19, 2007.

2. The plaintiff shall file its motion for summary judgment by January 18, 2008.

3. The defendant shall file its opposition to the plaintiff's motion for summary judgment and its cross-motion for summary judgment by February 15, 2008.

4. The plaintiff shall file its reply in support of its motion for summary judgment and its opposition to the defendant's motion for summary judgment by March 18, 2008.

5. The defendant shall file its reply in support of its motion for summary judgment by April 15, 2008.

**SO ORDERED.**

/s/_____
REGGIE B. WALTON
United States District Judge