UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BANNER HEALTH, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action 1:07-cv-1614 RBW |
| ) | |
| MICHAEL O. LEAVITT, Secretary ) | |
| U.S. Department of Health & Human Services, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**NOTICE OF ENTRY OF APPEARANCE**

Pursuant to Local Civil rule 83.6(a), the undersigned counsel respectfully enters his appearance for Plaintiff.

Respectfully submitted,

/s/  Christopher L. Keough
Christopher L. Keough (DC Bar No. 436567)
VINSON & ELKINS LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C.  20004-1008
Tel.  202.639.6745
Fax. 202.879.8945
E-mail:  ckeough@velaw.com

Counsel for Plaintiff

December 13, 2007