## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BANNER HEALTH,                                    )
                                                  )
    Plaintiff,                 )
                                                  )
    v.                         )    No. 1:07-cv-1614-RBW
                                                  )
MICHAEL O. LEAVITT                                )
 in his official capacity as Secretary, U.S.    )
 Department of Health and Human Services,       )
                                                  )
    Defendant.                 )

## NOTICE OF FILING OF ADMINISTRATIVE
## RECORD WITH THE CLERK OF THE COURT

Please take notice that Defendant is hereby filing the certified Administrative Record

with the Clerk of the Court on two compact disks (a separate copy for chambers in paper form in

eleven volumes has also been provided).  A copy of this record on two compact disks is being

served on plaintiffs.

Dated:  December 19, 2007

                      Respectfully submitted,

                      JEFFREY S. BUCHOLTZ
                      Acting Assistant Attorney General

                      KENNETH L. WAINSTEIN
                      U.S. Attorney for the District of Columbia

                      SHEILA LIEBER
                      Deputy Director, Federal Programs Branch

                      /s/ James D. Todd, Jr.
                      JAMES D. TODD, JR., Senior Counsel
                      U.S. Department of Justice
                      Civil Division, Federal Programs Branch
                      20 Massachusetts Avenue N.W.
                      Washington, DC 20530
                      (202) 514-3378
                      (202) 616-8470 fax
                      *james.todd@usdoj.gov*
                      Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 19, 2007, a copy of the foregoing pleading, together

with proposed order, was filed electronically via the Court's ECF system, through which a notice

of the filing will be sent to:

CHRISTOPHER L. KEOUGH, Esq.
Vinson & Elkins, L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, DC 20004
(202) 639-6745
(202) 879-8945 fax
ckeough@velaw.com

STEPHANIE A. WEBSTER, Esq.
Vinson & Elkins, L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, DC 20004
(202) 639-6634
(202) 879-8832 fax
*swebster@welaw.com*
Attorney for Plaintiffs

<u>/s/ James D. Todd, Jr.</u>
JAMES D. TODD, JR.