UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANNER HEALTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:07-cv-1614-RBW |
| ) | |
| MICHAEL O. LEAVITT ) | |
| in his official capacity as Secretary, U.S. ) | |
| Department of Health and Human Services, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF FILING OF ADMINISTRATIVE
RECORD WITH THE CLERK OF THE COURT

Please take notice that Defendant is hereby filing the certified Administrative Record with the Clerk of the Court on two compact disks (a separate copy for chambers in paper form in eleven volumes has also been provided). A copy of this record on two compact disks is being served on plaintiffs.

Dated: December 19, 2007

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

KENNETH L. WAINSTEIN
U.S. Attorney for the District of Columbia

SHEILA LIEBER
Deputy Director, Federal Programs Branch

/s/ James D. Todd, Jr.
JAMES D. TODD, JR., Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC 20530
(202) 514-3378
(202) 616-8470 fax
*james.todd@usdoj.gov*
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2007, a copy of the foregoing pleading, together with proposed order, was filed electronically via the Court's ECF system, through which a notice of the filing will be sent to:

>CHRISTOPHER L. KEOUGH, Esq.
>Vinson & Elkins, L.L.P.
>1455 Pennsylvania Avenue, N.W.
>Suite 600
>Washington, DC 20004
>(202) 639-6745
>(202) 879-8945 fax
>ckeough@velaw.com

>STEPHANIE A. WEBSTER, Esq.
>Vinson & Elkins, L.L.P.
>1455 Pennsylvania Avenue, N.W.
>Suite 600
>Washington, DC 20004
>(202) 639-6634
>(202) 879-8832 fax
>*swebster@welaw.com*
>Attorney for Plaintiffs

>/s/ James D. Todd, Jr.
>JAMES D. TODD, JR.