UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANNER HEALTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:07-cv-1614-RBW |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| in his official capacity as Secretary, Department ) | |
| of Health and Human Services, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT
TO FILE COMBINED MOTION FOR SUMMARY JUDGMENT AND
OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to this Court's Standing Order and Local Rule 7, for good cause shown, defendant files this Unopposed Motion to Extend Time for Defendant to file his Combined Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment. In support of this Unopposed Motion, Defendant states the following:

1. Plaintiff filed its Motion for Summary Judgment on January 18, 2008.

2. Pursuant to this Court's Order dated December 10, 2007 [Doc. No. 13], Defendant must file his Combined Opposition to plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgement no later than February 15, 2008.

3. Defendant's undersigned counsel has been diligently preparing Defendant's upcoming filing. Defendant's undersigned counsel anticipates that he will need two more business days, until February 20, 2008, to complete Defendant's filing. This would be Defendant's first extension of time for this filing, and his second extension of time in this case.

Pursuant to Local Rule 7(m), undersigned counsel for Defendant hereby certifies that he contacted Plaintiff's counsel about this motion and that Plaintiff's counsel does not oppose this motion. A proposed order is attached.

**CONCLUSION**

For good cause shown, this Court should grant Defendant's Unopposed Motion to Extend Time for Defendant to File his Combined Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment.

Dated: February 11, 2008

    Respectfully submitted,

    /s/ James D. Todd, Jr.
    JAMES D. TODD, JR.
    Senior Counsel
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Avenue N.W.
    Washington, DC 20530
    (202) 514-3378
    (202) 616-8470 (fax)
    *james.todd@usdoj.gov*
    Attorney for Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 11, 2008, a copy of the foregoing document was filed electronically via the Court's ECF system, through which a notice of the filing will be sent to:

CHRISTOPHER L. KEOUGH, Esq.
Vinson & Elkins, L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, DC 20004
(202) 639-6745
(202) 879-8945 fax
*ckeough@velaw.com*

STEPHANIE A. WEBSTER, Esq.
Vinson & Elkins, L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, DC 20004
(202) 639-6634
(202) 879-8832 fax
*swebster@velaw.com*
Attorneys for Plaintiff

                /s/ James D. Todd, Jr.
                JAMES D. TODD, JR.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANNER HEALTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:07-cv-1614-RBW |
| ) | |
| MICHAEL O. LEAVITT ) | |
| in his official capacity as Secretary, Department ) | |
| of Health and Human Services, ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF JAMES D. TODD, JR. IN SUPPORT OF
UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT
TO FILE COMBINED MOTION FOR SUMMARY JUDGMENT AND
OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, James D. Todd, Jr., declare the following:

1. I am defendant's attorney of record in this case.

2. Pursuant to this Court's Order dated December 10, 2007 [Doc. No. 13], defendant must file his Combined Opposition to plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgement no later than February 15, 2008.

3. I have been diligently preparing this filing. However, in light of the complex nature of Plaintiff's claims and the statutory provisions at issue, I anticipate that I will need two more business days, until February 20, 2008, to complete Defendant's filing.

4. This would be Defendant's first extension of time for this filing, and his second extension of time in this case.

5. On February 11, 2008, I contacted Plaintiff's counsel about this extension. Plaintiff's counsel graciously agreed not to oppose this extension and indicated that she did not anticipate that Plaintiff would need any further extension of the briefing schedule.

- 2 -

I declare the foregoing is true and correct under penalty of perjury.

Dated:  February 11, 2008

s/ James D. Todd, Jr.  
JAMES D. TODD, JR.

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2008, a copy of the foregoing document was filed electronically via the Court's ECF system, through which a notice of the filing will be sent to:

STEPHANIE A. WEBSTER, Esq.
Vinson & Elkins, L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, DC 20004
(202) 639-6634
(202) 879-8832 fax
*swebster@velaw.com*
Attorney for Plaintiff

/s/ James D. Todd, Jr.
JAMES D. TODD, JR.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANNER HEALTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:07-cv-1614-RBW |
| | ) |
| MICHAEL O. LEAVITT, | ) |
| in his official capacity as Secretary, Department | ) |
| of Health and Human Services, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR
DEFENDANT TO FILE COMBINED MOTION FOR SUMMARY JUDGMENT
AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the Unopposed Motion to Extend Time for Defendant to file his Combined Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment, for good cause shown: it is hereby ORDERED that the Unopposed Motion is GRANTED; and it is further ORDERED that:

1.   Defendant will file his Combined Opposition to plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgement no later than February 20, 2008.

Dated: _____

/s/ Reggie B. Walton<br>
REGGIE B. WALTON<br>
United States District Court Judge