UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANNER HEALTH, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|       v. | )   No. 1:07-cv-1614-RBW |
| | ) |
| MICHAEL O. LEAVITT, | ) |
|  in his official capacity as Secretary, Department | ) |
|  of Health and Human Services, | ) |
| | ) |
|    Defendant. | ) |

**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT
TO FILE REPLY IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**

Pursuant to this Court's Standing Order and Local Rule 7, for good cause shown, defendant files this Unopposed Motion to Extend Time for Defendant to file his Reply in Support of his Motion for Summary Judgment. In support of this Unopposed Motion, Defendant states the following:

1. Plaintiff filed its Combined Reply in Support of its Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment on March 18, 2008.

2. Pursuant to this Court's Order dated December 10, 2007 [Doc. No. 13], Defendant must file his Reply in Support of his Motion for Summary Judgment no later than April 15, 2008.

3. Defendant's undersigned counsel has been diligently preparing Defendant's upcoming filing. Defendant's undersigned counsel anticipates that he will need one more business days, until April 16, 2008, to complete Defendant's filing. This would be Defendant's first extension of time for this filing, and his third extension of time in this case.

Pursuant to Local Rule 7(m), undersigned counsel for Defendant hereby certifies that he contacted Plaintiff's counsel about this motion and that Plaintiff's counsel does not oppose this motion. A proposed order is attached.

## CONCLUSION

For good cause shown, this Court should grant Defendant's Unopposed Motion to Extend Time for Defendant to File his Reply in Support of his Motion for Summary Judgment.

Dated:  April 10, 2008

                                                  Respectfully submitted,

/s/ James D. Todd, Jr.
JAMES D. TODD, JR.
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC 20530
(202) 514-3378
(202) 616-8470 (fax)
*james.todd@usdoj.gov*
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2008, a copy of the foregoing document was filed electronically via the Court's ECF system, through which a notice of the filing will be sent to:

CHRISTOPHER L. KEOUGH, Esq.
Vinson & Elkins, L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, DC 20004
(202) 639-6745
(202) 879-8945 fax
*ckeough@velaw.com*

STEPHANIE A. WEBSTER, Esq.
Vinson & Elkins, L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, DC 20004
(202) 639-6634
(202) 879-8832 fax
*swebster@velaw.com*
Attorneys for Plaintiff

/s/ James D. Todd, Jr.
JAMES D. TODD, JR.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BANNER HEALTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:07-cv-1614-RBW |
| | ) | |
| MICHAEL O. LEAVITT, | ) | |
| in his official capacity as Secretary, Department | ) | |
| of Health and Human Services, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING UNOPPOSED MOTION
TO EXTEND TIME FOR DEFENDANT TO FILE REPLY
IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the Unopposed Motion to Extend Time for Defendant to file his Reply in Support of his Motion for Summary Judgment: it is hereby ORDERED that the Unopposed Motion is GRANTED; and it is further ORDERED that:

Defendant will file his Reply in Support of his Motion for Summary Judgment no later than April 16, 2008.

Dated: _____

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Court Judge