UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANNER HEALTH, )<br>)<br>   Plaintiff, )<br>)<br>      v. )<br>)<br>MICHAEL O. LEAVITT, )<br> in his official capacity as Secretary, Department )<br> of Health and Human Services, )<br>)<br>   Defendant. ) | No. 1:07-cv-1614-RBW |

**UNOPPOSED MOTION TO EXTEND TIME FOR
DEFENDANT TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO
STRIKE DEFENDANT'S REPLY AND FOR LEAVE TO FILE SURREPLY**

Pursuant to this Court's Standing Order and Local Rule 7, for good cause shown, defendant files this Unopposed Motion to Extend Time for Defendant to file his Opposition to Plaintiff's Motion to Strike Defendant's Reply and for Leave to File a Surreply by four days, from May 5, 2008 until May 9, 2008. In support of this Unopposed Motion, defendant states the following:

1. On April 16, 2008, defendant filed his Reply in Support of his Motion for Summary Judgment (Doc. No. 27).

2. On April 22, 2008, plaintiff filed a Motion to Strike Defendant's Reply and for Leave to File a Surreply (Doc. No. 28). Pursuant to Local Rule 7, defendant's Opposition to plaintiff's Motion to Strike and for Leave to File a Surreply must be filed no later than May 5, 2008.

3. In addition to his duties in this case, defendant's undersigned counsel, is also the lead attorney assigned to *Phoenix Memorial Hosp. v. Leavitt*, No. 07-1720 (D. Ariz.), another Medicare DSH case. Defendant's Reply in Support of His Motion for Summary Judgment in that case is due May 5, 2008, although that is the result of an extension of time undersigned

counsel already obtained in light of a family medical issue that arose the weeks of April 14 and April 21. In addition, on April 22, 2008, undersigned counsel was assigned to handle *Touhy* requests and subpoenas served on April 10, 2008 and April 15, 2008 by defendant and the relator, respectively, on General Services Administration seeking trial testimony of 14 current and former government employees in a privately-enforced *qui tam* action set for May 6, 2008 until May 16, 2008 in the Eastern District of Virginia. *U.S. ex rel. Thomas Ubl v. II Data Solutions*, No. 1:06cv-641 (E.D. Va.). In that case, undersigned counsel has drafted objection letters and the administrative responses to the *Touhy* requests, conducting (partial) settlement negotiations, has supervised witness interviews, is addressing government privileges and confidential business information, is drafting and filing motions to quash, and is attending a hearing to argue the motions, all before the trial starts on May 6. Undersigned counsel also anticipates that he may have to attend the first day of trial on May 6 to address any last minute motions involving testimony of GSA employees and/or GSA documents. Since the United States is not a party in that case, undersigned counsel is not in position to move for an extension of time to respond in that case.

      4. In light of undersigned counsel's other commitments, defendant's undersigned counsel anticipates that he will need four more business days, until May 9, 2008, to adequately prepare and file defendant's Opposition to plaintiff's Motion to Strike and for Leave to File a Surreply. This would be defendant's first extension of time for this filing, and his fourth extension of time in this case.

      Pursuant to Local Rule 7(m), undersigned counsel for defendant hereby certifies that he contacted plaintiff's counsel about this motion and that plaintiff's counsel does not oppose this motion. A proposed order is attached.

**CONCLUSION**

For good cause shown, this Court should grant Defendant's Unopposed Motion to Extend Time for Defendant to File his Opposition to Plaintiff's Motion to Strike Defendant's Reply and for Leave to File a Surreply.

Dated: April 28, 2008

                                                  Respectfully submitted,

                                                  /s/ James D. Todd, Jr.
                                                  JAMES D. TODD, JR.
                                                  Senior Counsel
                                                  U.S. Department of Justice
                                                  Civil Division, Federal Programs Branch
                                                  20 Massachusetts Avenue N.W.
                                                  Washington, DC 20530
                                                  (202) 514-3378
                                                  (202) 616-8470 (fax)
                                                  *james.todd@usdoj.gov*
                                                  Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2008, a copy of the foregoing document was filed electronically via the Court's ECF system, through which a notice of the filing will be sent to:

CHRISTOPHER L. KEOUGH, Esq.
Vinson & Elkins, L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, DC 20004
(202) 639-6745
(202) 879-8945 fax
*ckeough@velaw.com*

STEPHANIE A. WEBSTER, Esq.
Vinson & Elkins, L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, DC 20004
(202) 639-6634
(202) 879-8832 fax
*swebster@velaw.com*
Attorneys for Plaintiff

/s/ James D. Todd, Jr.
JAMES D. TODD, JR.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANNER HEALTH, </br></br>    Plaintiff, </br></br>       v. </br></br> MICHAEL O. LEAVITT, </br> in his official capacity as Secretary, Department </br> of Health and Human Services, </br></br>    Defendant. | ) </br> ) </br> ) </br> ) </br> )    No. 1:07-cv-1614-RBW </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND
TIME FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFF'S MOTION
TO STRIKE DEFENDANT'S REPLY AND FOR LEAVE TO FILE A SURREPLY**

Upon consideration of the Unopposed Motion to Extend Time for Defendant to file his Opposition to Plaintiff's Motion to Strike Defendant's Reply and for Leave to File a Surreply: it is hereby ORDERED that the Unopposed Motion is GRANTED; and it is further ORDERED that:

Defendant will file his Opposition to Plaintiff's Motion to Strike Defendant's Reply and for Leave to File a Surreply no later than May 9, 2008.

Dated: _____

                                          /s/ Reggie B. Walton
                                       REGGIE B. WALTON
                               United States District Court Judge